(No. 82-CC-2680—

ALICE M. WILSON, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed April 20, 1983.*

JAMES ELLIS GUMBINER & ASSOCIATES (BRIAN D. ALPERT, of counsel), for Claimant.

NEIL F. HARTIGAN, Attorney General (LYNN W. SCHOCK, Assistant Attorney General, of counsel), for Respondent.

POCH, J.

This matter coming before the Court on the joint stipulation of the parties, and the Court being fully advised in the premises, it is hereby ordered, adjudged and decreed that an award of $750.00 be and hereby is made to Claimant, and that the joint stipulation of the parties be incorporated into this order.